United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kim M. Branch  
    Debtor

Case No. 23-12019-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2024 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim M. Branch, 194 E. Fariston Drive, Philadelphia, PA 19120-1006 |
| 14797236 | | ISN Corporation, 2000 N Classen Blvs Suite 3200, Oklahoma City, OK 73106 |
| 14832618 | + | Nationstar Mortgage LLC, C/O Michael Farrington, 701 Market Streewt, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14800455 | + | Nationstar Mortgage LLC, c/o Roger Fay, Esquire, Milstead & Associates, LLC, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14797233 | + | Email/Text: BKPT@cfna.com | Apr 24 2024 23:47:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14825464 | | Email/Text: megan.harper@phila.gov | Apr 24 2024 23:47:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14797234 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2024 23:51:20 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14800933 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2024 23:51:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14810667 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2024 23:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14797237 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2024 23:47:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14815296 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 24 2024 23:47:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14832436 | ^ | MEBN | Apr 24 2024 23:46:01 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14813440 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2024 23:47:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14797232 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2024 23:47:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14797238 | + | Email/Text: bankruptcy@bbandt.com | Apr 24 2024 23:47:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14797240 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2024 00:05:02 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14797239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:20 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 24, 2024 | Form ID: 155 | Total Noticed: 22

| | | | | |
|---|---|---|---|---|
| 14797241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2024 23:51:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14809184 | + | Email/Text: bankruptcy@bbandt.com | Apr 24 2024 23:47:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14799235 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 25 2024 00:05:37 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 14797235 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2024 23:47:00 | irs, po box 7346, Philadelphia, PA 19101-7346 |
| 14797242 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2024 23:47:00 | us attorneys office, 615 chestnut street, 12th floor, Philadelphia, PA 19106-4490 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| MICHELLE LEE | on behalf of Debtor Kim M. Branch bky@dilworthlaw.com |
| ROGER FAY | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Kim M. Branch<br>   aka Marcella Branch<br><br>   Debtor(s). | Case No. 23−12019−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 23, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court