UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                           CASE NO.: 23-12019
                                                                                                          CHAPTER 13
**Kim M. Branch,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Select Portfolio Servicing, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Sherri Dicks
     Sherri Dicks
     Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KIM M. BRANCH
194 E. FARISTON DRIVE
PHILADELPHIA, PA 19120

And via electronic mail to:

MICHELLE LEE, ESQ.
DILWORTH PAXSON
1500 MARKET STREET
SUITE3500E
PHILADELPHIA, PA 19102

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

FREDERIC J. BAKER
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Amber Matas